# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:23-mj-00278-GMH-1

| | |
|---|---|
| Case title: USA v. WELSH | Date Filed: 10/20/2023 |

Assigned to: Magistrate Judge G. Michael Harvey

**Defendant (1)**
**BROGAN T. WELSH**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 USC 2252(a)(2) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Amy Elizabeth Larson**<br>UNITED STATES ATTORNEY'S OFFICE<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 252-7863<br>Email: amy.larson2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|

Case 3:23-mj-00629-KFR   Document 1-2   Filed 10/24/23   Page 1 of 2

| 10/20/2023 | [1](#) | COMPLAINT as to BROGAN T. WELSH (1). (Attachments: # [1](#) Statement of Facts) (zltp) (Main Document 1 replaced on 10/24/2023) (zltp). (Entered: 10/24/2023) |

Case 3:23-mj-00629-KFR   Document 1-2   Filed 10/24/23   Page 2 of 2