S. LANE TUCKER
United States Attorney

MORGAN J. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: morgan.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>BORGAN T WELSH,<br><br>           Defendant. | No. 3:23-mj-00629-KFR |

**NOTICE OF INTENT TO SEEK DETENTION HEARING**

The United States gives notice that it will move for a hearing to determine whether

the Defendant should be detained pending arraignment in the District in which this matter

is pending, *i.e.*, the District of Columbia, and trial. At the hearing, the Government will

move for an order of detention.

Per 18 U.S.C. § 3142(f)(1)(E), "[t]he judicial officer shall hold a hearing to

determine whether any condition or combination of conditions set forth in subsection (c)

of this section will reasonably assure the appearance of such person as required and the

safety of any other person and the community - - upon motion of the attorney for the Government, in a case that involves … any felony that is not otherwise a crime of violence that involves a minor victim."

Per 18 U.S.C. § 3142(e)(3)(E), "[s]ubject to rebuttal by the person, it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that the person committed . . . an offense involving a minor victim under . . . section 2252(a)(2)."

Further, the Government submits that this case presents a serious risk that the Defendant will flee because he is charged with violating 18 U.S.C. § 2252(a)(2) on the East Coast of the United States, but now apparently resides in Alaska.

RESPECTFULLY SUBMITTED October 24, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Morgan J. Walker
MORGAN J. WALKER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Morgan J. Walker

U.S. v. WELSH
3:23-mj-00629-KFR